IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| RE:  DANIEL K. & JANET L. BRUGGER )<br>                                   )<br>Ocwen Loan Servicing, LLC         )<br>     Creditor,                    )<br>                                   )<br>     vs.                           )<br>                                   )<br>DANIEL K. & JANET L. BRUGGER,      )<br>     Debtor(s),                    ) | Case No. 05B71604<br>Judge MANUEL BARBOSA |

## OCWEN LOAN SERVICING, LLC'S RESPONSE TO NOTICE OF CURE OF ALL PRE-PETITION MORTGAGE OBLIGATION

NOW COMES Ocwen Loan Servicing, LLC, by and through its attorneys, Pierce & Associates, P.C., and in response to the Trustee's Notice of Cure of All Pre-petition Mortgage Obligation states as follows:

1. The Debtor is in post-petition default as indicated in this court's February 6, 2006 Agreed Repayment and Default Order. This order is attached as Exhibit A.

2. In addition to the default as listed in the Agreed Repayment and Default order, a tax search was conducted on this loan, which cost Ocwen Loan Servicing, LLC $35.00 and has been applied to the loan as allowed by the Mortgage and Note.

Ocwen Loan Servicing, LLC

/s/A. Stewart Chapman
A. Stewart Chapman
ARDC#6255733

Pierce and Associates, P.C.
One North Dearborn Street
Suite #1300
Chicago, Illinois 60602
(312)346-9088