# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DANIEL K. BRUGGER & JANET L. BRUGGER  Case Number: 05-71604
1405 - 11TH AVENUE  SSN-xxx-xx-1230 & xxx-xx-0219
BELVIDERE, IL  61008

Case filed on: 4/5/2005
Plan Confirmed on: 6/10/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $92,610.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 018 | DAIMLER CHRYSLER SERVICES N.A. LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | DAIMLER CHRYSLER SERVICES N.A. LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DANIEL K. BRUGGER | 0.00 | 0.00 | 21.49 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 21.49 | 0.00 |
| 001 | AMERICREDIT | 13,901.60 | 0.00 | 0.00 | 0.00 |
| 002 | DAIMLER CHRYSLER SERVICES | 18,000.00 | 18,000.00 | 18,000.00 | 668.67 |
| 003 | DAIMLER CHRYSLER SERVICES | 1,837.46 | 1,837.46 | 1,837.46 | 68.28 |
| 004 | OCWEN LOAN SERVICING LLC | 577.89 | 577.89 | 577.89 | 0.00 |
|  | Total Secured | 34,316.95 | 20,415.35 | 20,415.35 | 736.95 |
| 002 | DAIMLER CHRYSLER SERVICES | 2,062.72 | 2,062.72 | 2,062.72 | 0.00 |
| 005 | RESURGENT CAPITAL SERVICES | 2,049.14 | 2,049.14 | 2,049.14 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 8,240.64 | 8,240.64 | 8,240.64 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 8,046.85 | 8,046.85 | 8,046.85 | 0.00 |
| 008 | DISCOVER FINANCIAL SERVICES | 2,675.05 | 2,675.05 | 2,675.05 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 5,504.65 | 5,504.65 | 5,504.65 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 1,268.06 | 1,268.06 | 1,268.06 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 7,172.98 | 7,172.98 | 7,172.98 | 0.00 |
| 012 | SHERMAN ACQUISITION DBA | 11,845.56 | 11,845.56 | 11,845.56 | 0.00 |
| 013 | NATIONAL ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | LVNV FUNDING LLC | 4,655.86 | 4,655.86 | 4,655.86 | 0.00 |
| 015 | RESURGENT CAPITAL SERVICES | 3,040.06 | 3,040.06 | 3,040.06 | 0.00 |
| 016 | ROUNDUP FUNDING LLC | 352.78 | 352.78 | 352.78 | 0.00 |
| 017 | DISCOVER FINANCIAL SERVICES | 7,254.45 | 7,254.45 | 7,254.45 | 0.00 |
|  | Total Unsecured | 64,168.80 | 64,168.80 | 64,168.80 | 0.00 |
|  | Grand Total: | 99,849.75 | 85,948.15 | 85,969.64 | 736.95 |

Total Paid Claimant: $86,706.59
Trustee Allowance: $5,903.41         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured: 100.00       discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008         By  /s/Heather M. Fagan